## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **Amira Shah,**      *Plaintiff*     **v.** <br><br> **Commissioner of the Social Security Administration,**     *Defendant* | § <br> § <br> § <br> §      **Case No. 1:25-cv-00857-ADA-SH** <br> § <br> § <br> § <br> § |

### ORDER

On July 10, 2025, the Court granted Plaintiff Amira Shah *in forma pauperis* status and ordered her Complaint to be filed without prepayment of fees or costs or giving security therefore under 28 U.S.C. § 1915(a)(1). Dkt. 3 at 3. The Court also ordered the Clerk notify the Commissioner of this action by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney for the Western District of Texas under Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g). *Id.*

It does not appear that the Commissioner was served. The Court **ORDERS** the Clerk to issue summons and **ORDERS** the United States Marshals Service to attempt service without prepayment of a service fee.

**SIGNED** on April 1, 2026.

 

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1