**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **AMIRA SHAH,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. 1:25-CV-00857-ADA-SH** |
| | § | |
| **FRANK BISIGNANO,** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY,** | § | |
| *Defendant.* | § | |

## ORDER

In accordance with the provisions of 28 U.S.C. § 636(c), the parties in this case have waived

the right to proceed before a judge of the United States District Court and consented to have a

United States Magistrate Judge conduct all remaining proceedings in the case, including trial and

the entry of judgment. (Plaintiff's Notice, Dkt. No. 7; Defendant's Notice Dkt. No. 11).

Accordingly, **IT IS ORDERED** that this action is **TRANSFERRED** to United States

Magistrate Judge Susan Hightower for all proceedings and the entry of final judgment pursuant to

28 U.S.C. § 636(c)(1), Federal Rule of Civil Procedure 73, and Rule CV-72 of the Local Rules of

the United States District Court for the Western District of Texas. Upon the entry of final judgment

in this case, an aggrieved party shall appeal directly to the United States Court of Appeals for this

circuit in the same manner as an appeal from any other judgment of this Court. See 28 U.S.C. §

636(c)(3); Fed. R. Civ. P. 73(c).

**SIGNED ON JUNE 30, 2026.**

_____
**ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE**